RICHARD T. BOWLES (# 46234)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com

Attorneys for Plaintiff
ILEANA HELMS, M.D.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILEANA HELMS, M.D.,<br><br>　　　Plaintiff,<br><br>v.<br><br>DIABLO NEPHROLOGY MEDICAL GROUP, INC., a corporation, and MARIO PAUL CURZI, ROBERT W. DAVIES and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　Defendants. | Case No.: C06-00054 CW<br><br>STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT AND REMAND TO STATE COURT |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that Plaintiff, Ileana Helms, M.D., may file the attached First Amended Complaint as and for her First Amended Complaint in the above entitled action.

Following the filing of the First Amended Complaint, the parties do stipulate that this Court enter its Order remanding the subject First Amended Complaint and matter back to the Superior Court of California for the County of Contra Costa, Department 9 based on the Stipulation and agreement of the parties that the matter no longer involves a federal question.

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-1-

STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT AND REMAND TO STATE COURT

1  IT IS SO STIPULATED.

2  Dated: March 9, 2006.                    BOWLES & VERNA

3
4
5                                           BY _____
                                               RICHARD T. BOWLES
6                                              Attorney for Plaintiff
                                               Ileana Helms, M.D.
7
8  Dated: March 9, 2006.                    LITTLER MENDELSON
9
10
11                                          BY _____
                                               MICHAEL E. BREWER
12                                             Attorney for Defendants
13
                                            ORDER
14
15     Pursuant to Stipulation of the parties, the First Amended Complaint is hereby ordered filed. It

16 is further ordered, based on the stipulation of the parties, that this matter is hereby remanded back to

17 the Superior Court of California, County of Contra Costa, Department 9, for further proceedings due to

18 the stipulated absence of a Federal question.

19  Dated:    March 13    , 2006.           _____
20                                          U. S. DISTRICT JUDGE

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT AND REMAND TO STATE COURT